UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 24-14044-CR-MARTINEZ**

UNITED STATES OF AMERICA,

v.

NICOLAS JAMES PALMISANO,
  *a/k/a "alex night,"*

  Defendant.
_____/

### VERDICT FORM

1. We, the Jury, unanimously find the Defendant, **NICOLAS JAMES PALMISANO**, as to **Count 1** of the Superseding Indictment:

    GUILTY __✓__          NOT GUILTY _____

2. We, the Jury, unanimously find the Defendant, **NICOLAS JAMES PALMISANO**, as to **Count 2** of the Superseding Indictment:

    GUILTY __✓__          NOT GUILTY _____

3. We, the Jury, unanimously find the Defendant, **NICOLAS JAMES PALMISANO**, as to **Count 3** of the Superseding Indictment:

    GUILTY __✓__          NOT GUILTY _____

4. We, the Jury, unanimously find the Defendant, **NICOLAS JAMES PALMISANO**, as to **Count 4** of the Superseding Indictment:

    GUILTY __✓__          NOT GUILTY _____

5. We, the Jury, unanimously find the Defendant, **NICOLAS JAMES PALMISANO**, as to **Count 5** of the Superseding Indictment:

    GUILTY __✓__          NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Fort Pierce, Florida, May __20__, 2025.

_____          _____
Foreperson's Signature                   Foreperson's Printed Name